UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JAN 2 4 2020

United States of America,

—v—

Devante Joseph,

        Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The resentencing of Devante Joseph in light of *United States v. Davis*, 139 S. Ct. 2319 (2019), is hereby scheduled for April 22, 2020 at 3:00 p.m. The Court orders the preparation by the Probation Department of a revised presentence report.

    Supplemental sentencing submissions from the Defendant, if any, are due on or before April 15, 2020. The government's supplemental submission, if any, is due on or before April 17, 2020.

SO ORDERED.

Dated: January 24, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge