SO ORDERED  4/14/20

*Alison J. Nathan* (signature)

Alison J. Nathan, U.S.D.J.

**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/20

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

April 14, 2020

ECF

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> Defendant's request is hereby granted. The Court further orders that if defense counsel would like to speak with Defendant briefly prior to the sentencing, defense counsel shall provide the Court with a phone number at which he can be reached by April 16, 2020.

**Re:   United States v. Devante Joseph. 15 CR 95 - 028 (AJN)**
**With no opposition by the Government, Defense requests a one-day extension from April 15th to April 16 to file a sentencing submission for Devante Joseph.**

Dear Judge Nathan:

With much gratitude Mr. Joseph and I thank Your Honor for proceeding with his sentencing hearing via videoconference this month. It means so much to him and his family to be sentenced as soon as practicable knowing the risk of infection he faces daily because of the COVID-19 crisis. Considering that Your Honor has tentatively rescheduled Mr. Joseph's hearing to Thursday, April 23, 2020 in order to accommodate the MDC's videoconference schedule, I respectfully ask for a one-day extension to file a defense memorandum currently due on April 15th to April 16th because I would like to review it with him before filing it. For this purpose, the MDC has scheduled us for an attorney-client conference call for the Thursday, April 16 at 10 a.m. Finally, A.U.S.A. Jessica Feinstein does not oppose this request.

If Your Honor has any questions about this letter, I am available immediately by cellular phone 917-751-5754.

Thank you.

Respectfully submitted,
s/ Richard Palma
Richard Palma (Bar No. rp4441)