USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Devante Joseph,

                Defendant.

15-cr-95 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    Due to a scheduling conflict at MDC, the resentencing of Devante Joseph currently scheduled for April 23, 2020 at 12:00 p.m. is hereby rescheduled to April 23, 2020 at 10:30 a.m. Defense counsel may speak with Mr. Joseph for 15 minutes prior to the sentencing and will be contacted at the number he provided the Court with.

    SO ORDERED.

Dated: April 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge