UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Devante Joseph,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Pursuant to the Court's Order dated January 24, 2020, Dkt. No. 2749, the Government was to submit its sentencing submission by April 17, 2020. As of the date of this Order, the Court is not in receipt of such a submission. Accordingly, the Government shall submit its submission by April 21, 2020.

      SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge