UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Devante Joseph,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A sentencing is scheduled in the above-captioned matter for April 23, 2020 at 10:30 a.m. A publicly-accessible audio line is available by dialing 855-268-7844, entering 32091812# as the access code, and entering 9921299# as the pin number.

      SO ORDERED.

Dated: April 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge