USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/21/20

# RICHARD PALMA
### ATTORNEY AT LAW
**122 EAST 42ⁿᵈ STREET - SUITE 620**
**NEW YORK, NEW YORK 10168**

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

September 21, 2020

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
500 Pearl Street Courtroom
New York, N.Y. 100601

> **Re:    U.S. v. Devante Joseph, Dkt. 15 CR 95-028 (AJN)**
> **Defense Request for CJA Appointment nunc pro tunc**
> **to August 21, 2020 to file Motion for Compassionate**
> **Release under 18 USC §3582.**

Dear Judge Nathan:

     This is a defense request respectfully seeking to be appointed CJA counsel to Mr. Devante Joseph who wishes to file a motion for compassionate release pursuant to 18 USC §§3582 (c)(1)(A). As Your Honor may recall, on January 7, 2020 Your Honor appointed me CJA counsel to Mr. Joseph to represent him at his re-sentencing after the government consented to his Writ of Habeas Corpus Petition in light of the U.S. Supreme Court decision in U.S. v. Davis, 139 S.Ct. 2319 (2019).    I write now to seek appointment, *nunc pro tunc*, to August 21, 2020, so that I may permitted to apply for payment for my services under the CJA plan.

SO ORDERED.

     Thank you.

SO ORDERED. 9/21/20

Respectfully submitted,

s/ Richard Palma

Richard Palma

Alison J. Nathan, U.S.D.J.